UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| AO 440 (Rev. 10/93) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|
| SERVICE OF: **SUMMONS, COMPLAINT, EXHIBITS** <br> EFFECTED (1) BY ME: **PAUL SALAZAR** <br> TITLE: **PROCESS SERVER** | DATE: 4/10/08 |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

COLLEEN A WATSON, DDS

Place where served: 5-6 STEVEN DR OSSINING NY

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

KAREN MEYER  ADMIN ASST

Relationship to defendant: _____

Description of person accepting service:

SEX: F  AGE: 56  HEIGHT: 5'7  WEIGHT: 160  SKIN: White  HAIR: Brown  OTHER: Glasses

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

17:45 TIME

**STATEMENT OF SERVER**

TRAVEL $ ____.____    SERVICES $ ____.____    TOTAL $ ____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 4/10/20 08

SIGNATURE OF PAUL SALAZAR  L.S.
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

4/10/08

ZULEYDA CONCEPCION
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Oct. 2, 2011

ATTORNEY: JOSEPH H LEMKIN, ESQ
PLAINTIFF: BANC OF AMERICA PRACTICE SOLUTIONS, INC
DEFENDANT: COLLEEN A WATSON, DDS, PC., ET AL
VENUE: DISTRICT OF NEW YORK
DOCKET: 08 CIV 3372

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.