united states district court

| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** | SOUTHERN DISTRICT OF NEW YORK |
|---|---|---|
| SERVICE OF: | SUMMONS, COMPLAINT, EXHIBITS | |
| EFFECTED (1) BY ME: | PAUL SALAZAR | |
| TITLE: | PROCESS SERVER | DATE: 4/10/08 @ 6:20 pm |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ✓ ] Served personally upon the defendant:

COLLEEN A WATSON, DDS, PC

Place where served: 107 BANNON AVE BUCHANAN NY

[ ✓ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

KAREN MEYER  ADMIN ASST

Relationship to defendant: _____

Description of person accepting service:

SEX: F   AGE: 36   HEIGHT: 5'7   WEIGHT: 160   SKIN: WHITE   HAIR: BROWN   OTHER: GLASSES

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

18:20
TIME

**STATEMENT OF SERVER**

TRAVEL $ _____   SERVICES $ _____   TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 4 / 10 / 20 08

SIGNATURE OF PAUL SALAZAR
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

4/10/08

ZULEYDA CONCEPCION
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Oct. 2, 2011

| ATTORNEY: | JOSEPH H LEMKIN, ESQ |
|---|---|
| PLAINTIFF: | BANC OF AMERICA PRACTICE SOLUTIONS, INC |
| DEFENDANT: | COLLEEN A WATSON, DDS, PC., ET AL |
| VENUE: | DISTRICT OF NEW YORK |
| DOCKET: | 08 CIV 3372 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.